LARRAMORE v. RICHARDSON SPORTS LTD. PARTNERS

[353 N.C. 520 (2001)]

LEONARD LARRAMORE, Employee v. RICHARDSON SPORTS LIMITED PARTNERS, d/b/a CAROLINA PANTHERS, Employer, and LEGION INSURANCE COMPANY, Carrier

No. 67A01

(Filed 8 June 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 141 N.C. App. 250, 540 S.E.2d 768 (2000), affirming in part and reversing and remanding in part an opinion and award entered 4 August 1999 by the North Carolina Industrial Commission. Heard in the Supreme Court 15 May 2001.

*Lore & McClearen, by R. James Lore; and Patterson, Harkavy & Lawrence, L.L.P., by Martha A. Geer, for plaintiff-appellee.*

*Hedrick, Eatman, Gardner & Kincheloe, L.L.P., by Hatcher Kincheloe and Sharon E. Dent, for defendant-appellants.*

PER CURIAM.

AFFIRMED.